

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition
June 16, 2025

Docket Number: 2025 - CW - 0299

Keith Bossier
    versus
Haza Foods of Louisiana, LLC, Diamond Land Company, LLC,
The Wendy's Company, ABC Insurance Company, DEF
Insurance Company and XYZ Insurance Company

TO:

| | |
|---|---|
| John Avender London III<br>P.O. Box 40343<br>Baton Rouge, LA 70835 | Katherine E. May<br>909 Poydras Street<br>Suite 2950<br>New Orleans, LA 70112 |
| Jennifer A. O'Connell<br>450 Laurel Street<br>8th Floor<br>Baton Rouge, LA 70801 | Charles A. Schutte Jr.<br>450 Laurel Street<br>8th Floor<br>Baton Rouge, LA 70801<br>cschutte@501LA.com |
| Jatavian L. Williams<br>909 Poydras Street<br>Suite 2950<br>New Orleans, LA 70112 | Hon. Wilson E. Fields<br>300 North Boulevard<br>Suite 7101<br>Baton Rouge, LA 70802 1 |
| Dean M. Arruebarrena<br>LEAKE & ANDERSSON, LLF<br>1100 Poydras Street<br>1700 Energy Centre<br>New Orleans, LA 70163<br>darruebarrena@leakeanders: | Louis Paul Bonnaffons<br>Leake & Andersson LLP<br>1100 Poydras Street, Suite 1`<br>New Orleans, LA 70163 |
| Robert Louis Bonnaffons<br>Leake & Andersson LLP<br>1100 Poydras Street, Suite 1`<br>New Orleans, LA 70163 | Leila A. D'Aquin<br>1100 Poydras Street, Suite 1`<br>New Orleans, LA 70163 |
| Marc Edward Devenport<br>1100 Poydras Street<br>Suite 1700<br>New Orleans, LA 701631701<br>mdevenport@leakeanderssoi | Ashley M. Fisher<br>909 Poydras Street<br>Suite 2950<br>New Orleans, LA 70112 |
| Imelda Teresa Gonzalez Fish<br>Taylor, Porter, Brooks & Philli<br>450 Laurel Street<br>8h Floor<br>Baton Rouge, LA 70801<br>ifruge@501LA.com | Mark Philip Glago<br>909 Poydras Street<br>Suite 2950<br>New Orleans, LA 70112 |

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEITH BOSSIER

VERSUS

HAZA FOODS OF LOUISIANA,
LLC, DIAMOND LAND COMPANY,
LLC, THE WENDY'S COMPANY,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND XYZ
INSURANCE COMPANY

NO.   2025 CW 0299

**JUNE 16, 2025**

---

In Re:    Haza Foods of Louisiana, LLC and the Wendy's Company,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 697800.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**

                          PMc
                          HG
                          TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT